FRANCES B. MENDOZA, Respondent, v. ARMANDO E. MENDOZA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

SYLVESTER J. LIEBERMANN, Appellant, v. SOL TEKULSKY, as Executor of CARRIE G. TEKULSKY, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 1007.]

In the Matter of MAX SILVERSTEIN et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See post, p. 996.]

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of BRUSH AVENUE, in the Borough of The Bronx. ROBITZEK INVESTING Co., INC., et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with one bill of costs to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

WILLIAM H. RANKIN, Respondent, v. GEORGE L. KILLION, as Treasurer of Democratic National Committee, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [190 Misc. 26.]

JULIUS LUFTMAN et al., Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Tenants of the Hotel Marcy, v. PAUL ROSS et al., as the Temporary City Housing Rent Commission, et al.— Motion for reargument denied without prejudice to renewal if the Federal expediter changes the regulations so as to decontrol the premises in question. Motion for leave to appeal to the Court of Appeals granted. Settle order on one day's notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See ante, p. 888; 274 App. Div. 763.]